Rollin A. Ransom, SBN 196126
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Aseem S. Gupta, SBN 252858
agupta@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Plaintiff
TIERRACAST, INC.

Bruce Nye, SBN 77608
ADAMS | NYE | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108
Telephone: (415) 982-8955
Facsimile: (415) 982-2042

Attorneys for Defendant
COUSIN CORPORATION OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIERRACAST, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COUSIN CORPORATION OF AMERICA, a Florida Corporation, ABC CORPORATIONS 1-10, and JOHN DOES 1-0,<br><br>Defendants. | Case No. 4:13-cv-03944-DMR<br><br>**AMENDED STIPULATION TO EXTEND TIME FOR SETTLEMENT CONFERENCE** |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff TierraCast, Inc. ("TierraCast") and Defendant Cousin Corporation of America ("Cousin") jointly submit this amended stipulation to extend the deadline for the completion of the settlement conference entered by the Court on November 20, 2013 (Dkt. Nos. 22 and 23).

TierraCast and Cousin are continuing to actively discuss settlement options and believe that they may be able to reach a settlement without a settlement conference before a Magistrate Judge.  A settlement conference is currently scheduled for March 6, 2014 with Judge Laporte. TierraCast and Cousin would like to submit a request to Judge Laporte to reschedule this settlement conference to the first available date after April 6, 2014 so that the parties can continue settlement discussions.  Accordingly, TierraCast and Cousin stipulate to extend the deadline for a settlement conference before a Magistrate Judge by 60 days.

There will be no effect on other deadlines in this case.  Other than a stipulation to extend the time for Cousin to respond to the Complaint, there have been no previous time modifications in the case.

The parties therefore respectfully request that the Court enter this amended stipulation extending the deadline for the completion of the settlement conference by 60 days.

1 | Dated: February 21, 2014

2 | Respectfully submitted,

3 | By:/s/ Aseem S. Gupta                     By: /s/ Bruce Nye
    Aseem S. Gupta                              Bruce Nye

5 | Rollin A. Ransom, SBN 196126               Bruce Nye, SBN 77608
    rransom@sidley.com                          bnye@adamsnye.com
    SIDLEY AUSTIN LLP                           ADAMS | NYE | BECHT LLP
    555 West Fifth Street                       222 Kearny Street, Seventh Floor
    Los Angeles, California 90013               San Francisco, California 94108
    Telephone: (213) 896-6000                   Telephone: (415) 982-8955
    Facsimile: (213) 896-6600                   Facsimile: (415) 982-2042

    Aseem S. Gupta, SBN 252858                  Attorneys for Defendant
    agupta@sidley.com                           COUSIN CORPORATION OF AMERICA
    SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, California 94104
    Telephone: (415) 772-1200
    Facsimile: (415) 772-7400

    Attorneys for Plaintiff
    TIERRACAST, INC.

    Pursuant to Civil Local Rule 5-1(i)(3), counsel for TierraCast, Inc. has obtained the concurrence of Defendant's counsel in the filing of this Amended Stipulated Request.

    Dated: February 21, 2014                   By: /s/Aseem S. Gupta
                                                   Aseem S. Gupta
                                                   Attorneys for Plaintiff
                                                   TIERRACAST, INC.


    PURSUANT TO STIPULATION, IT IS SO ORDERED.

    DATED: 2/24/2014                           _____
                                                Donna M. Ryu
                                                United States Magistrate Judge